IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKIE HILL**                                                                                    **PLAINTIFF**

V.                              **CASE NO. 4:23-cv-1213-JM**

**RITA HURST**                                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ORDERED this 2nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE